IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOSEPH E. LLOYD,
    Plaintiff

v.      CIVIL NO. AMD 00-2163

JAMES BURCHAM, JR., et al.,
    Defendant

...oOo...

### ORDER

In accordance with the foregoing Memorandum, it is this 12th day of December, 2000, by the United States District Court for the District of Maryland, ORDERED

(1) That the plaintiff's motion to remand IS GRANTED AND THIS CASE IS REMANDED TO THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY; and it is further ORDERED

(2) That the Clerk shall CLOSE THIS CASE and TRANSMIT copies of this Order and the foregoing Memorandum to counsel.

                                 ANDRE M. DAVIS
                                 United States District Judge

